People v Cade
2026 NY Slip Op 03820
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Jahrel Cade, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2023-06508, (Ind. No. 70360/23)
Mark C. Dillon, J.P.
Helen Voutsinas
Laurence L. Love
Elena Goldberg Velazquez, JJ.

Patricia Pazner, New York, NY (Anna Jouravleva of counsel; Natalie Gonzalez on the brief), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Julian Joiris of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Raymond L. Rodriguez, J.), rendered July 21, 2023, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545, 567; People v Brown, 245 AD3d 955, 955; People v Colonna, 239 AD3d 671, 671). The defendant's valid waiver of his right to appeal precludes appellate review of his challenge to the Supreme Court's suppression determination (see People v Berrios, ___ AD3d ___, ___, 2026 NY Slip Op 02664, *1; People v Fields, ___ AD3d ___, ___, 2026 NY Slip Op 01981, *1; People v Williams, 235 AD3d 784, 784).
DILLON, J.P., VOUTSINAS, LOVE and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court